IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | CRIMINAL NO. 1:14-CR-6 |
| | : | |
| v. | : | (Chief Judge Conner) |
| | : | |
| **EJIKE EGWUEKWE,** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 18th day of October, 2016, upon consideration of the motion (Doc. 224) to vacate, set aside, or correct the sentence imposed by this court on November 2, 2015, pursuant to 28 U.S.C. § 2255 filed by defendant Ejike Egwuekwe ("Egwuekwe") on August 15, 2016, and the court's order (Doc. 231), dated September 27, 2016, directing Egwuekwe to complete the Notice of Election attached thereto, and it appearing that Egwuekwe completed the form and elected to withdraw his motion with the intent of filing an all-inclusive motion under 28 U.S.C. § 2255, raising all grounds for relief, within 45 days of the date of the court's September 27, 2016 order (Doc. 231), it is hereby ORDERED that:

1. Egwuekwe's motion (Doc. 224) pursuant to 28 U.S.C. § 2255 is deemed WITHDRAWN without prejudice.

2. Egwuekwe's motion (Doc. 226) for an evidentiary hearing and motion (Doc. 227) are deemed WITHDRAWN without prejudice to reinstatement thereof in the event Egwuekwe requests same in his anticipated refiling.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania