# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : CRIMINAL NO. 1:14-CR-6 |
| v. | : (Chief Judge Conner) |
| **EJIKE EGWUEKWE,** | : |
| **Defendant** | : |

## ORDER

AND NOW, this 1st day of November, 2017, upon consideration of the motion (Doc. 236) to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 by defendant Ejike Egwuekwe ("Egwuekwe"), and the motion (Doc. 239) to reinstate Egwuekwe's request for an evidentiary hearing and his request for appointment of counsel, and for the reasons set forth in the court's accompanying memorandum, it is hereby ORDERED that:

1. Egwuekwe's motion (Doc. 236) to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 is DENIED.

2. Egwuekwe's motion (Doc. 239) to reinstate his request for an evidentiary hearing (Doc. 226) and his request for appointment of counsel (Doc. 227) is DENIED as moot.

3. A certificate of appealability is DENIED. See RULE 11(A), RULES GOVERNING SECTION 2255 CASES.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania